IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01721-AP

JOLIE DOKKEN,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social
Security,

    Defendant.


**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1. APPEARANCES OF COUNSEL AND PRO SE PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| TERESA H. ABBOTT<br>Law Office of Teresa Abbott, P.C.<br>3515 South Tamarac Drive, Suite 200<br>Denver, CO 80237<br>Telephone (303) 757-5000<br>Fax (303) 689-9627<br>E-mail: abbott.teresa@gmail.com | JOHN F. WALSH<br>United States Attorney<br><br>KEVIN TRASKOS<br>Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br><br>THOMAS H. KRAUS<br>Special Assistant United States Attorney<br>1001 17th Street<br>Denver, Colorado 80202<br>(303) 844-0017<br>tom.kraus@ssa.gov |

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. ¤ 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

A. Date Complaint Was Filed: 07/22/2010
B. Date Complaint Was Served on U.S. Attorney's Office: 08/10/2010
C. Date Answer and Administrative Record Were Filed: 09/21/2010

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**Plaintiff states**: That the Administrative Record appears to be complete and accurate.

**Defendant states**: That the Administrative Record appears to be complete and accurate.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

**Plaintiff states**: None anticipated.

**Defendant states**: None anticipated.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

There are no unusual claims or defenses in this case.

**7. OTHER MATTERS**

There are no other matters.

**8. BRIEFING SCHEDULE**

A. Plaintiff's Opening Brief Due: 11/19/2010
B. Defendant's Response Brief Due: 01/05/2011
C. Plaintiffs Reply Brief (If Any) Due: 01/20/2011

**9. STATEMENTS REGARDING ORAL ARGUMENT**

A. **Plaintiff's Statement:** Plaintiff does not request oral argument.

B. **Defendant's Statement:** Defendant does not request oral argument

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

A.  ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.
B.  (**X**) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. OTHER MATTERS**

The parties filing motions for extension of time or continuances must comply with D.C.Colo.L.Civ.R. 7.1(c) by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorneys of record, and all *pro se* parties.

12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 27TH day of October, 2010.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:
For Plaintiff:

s/Teresa H. Abbott
TERESA H. ABBOTT
Law Office of Teresa Abbott, P.C.
3515 South Tamarac Drive, Suite 200
Denver, CO 80237
Telephone (303)757-5000
Fax (303) 689-9627
E-mail: abbott.teresa@gmail.com

Attorney for Plaintiff

For Defendant:

JOHN F. WALSH
United States Attorney

KEVIN TRASKOS
Chief, Civil Division
United States Attorney's Office
District of Colorado

s/ Thomas H. Kraus
THOMAS H. KRAUS
Special Assistant U.S. Attorney
1001 17th Street
Denver, Colorado 80202
Telephone: (303) 844-0017
tom.kraus@ssa.gov

Attorneys for Defendant